UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| LAMAR BROWN, individually and on behalf of all others similarly situated, ) | CASE NO. 1:22-cv-3940 |
| ) | |
| ) | JUDGE LEWIS J. LIMAN |
| Plaintiff, ) | |
| ) | DEFENDANT HIRT'S LLC CORPORATE |
| vs. ) | DISCLOSURE STATEMENT PURSUANT |
| ) | TO RULE 7.1 |
| HIRT'S LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Hirt's LLC, hereby certifies, through its undersigned counsel, that Defendant is a limited liability company that has no parent corporation and that no publicly held corporation owns ten percent or more of Defendant's stock.

Respectfully submitted,

*/s/ Adam D. Fuller*
Adam D. Fuller (*Admitted Pro Hac Vice)*
**BRENNAN MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
Telephone:  330.253.5060
Facsimile:  330.253.1977
Email: adfuller@bmdllc.com

*Counsel for Defendant Hirt's LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2022, a true and accurate copy of the foregoing was served on all counsel of record via the Court's CM/ECF notification system.

*/s/ Adam D. Fuller*
*Counsel for Defendant Hirt's LLC*

4857-4912-9774, v. 1