**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>                  Plaintiffs,<br><br>      -against-<br><br>HIRT'S, LLC,<br>                  Defendant. | Case No.  1:22-cv-3940<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
              January 13, 2023

                                                    Respectfully Submitted,

                                                      **/s/ Mars Khaimov**
                                    By:    Mars Khaimov, Esq.
                                                  108-26 64th avenue, Second Floor
                                                  Forest Hills, New York 11375
                                                  Tel (929) 324-0717
                                                  Fax (929) 333-7774
                                                  Email: mars@khaimovlaw.com
                                                  *Attorney for Plaintiff*